PHILIP ROSEN, Respondent, v. LOUIS ROSEN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

HELEN SPEZZANO, as Administratrix of the Estate of WILLIAM SPEZZANO, Deceased, Respondent, v. CHARLES FORTUNATO, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment to $50,000 in which event the judgment, as so modified, is affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 151 EAST 79TH STREET CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [151 E. 79th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified by fixing the value of the land involved herein as follows: 1945–46, $210,000; 1946–47, $210,000 and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT W. KRAFT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

FRANK F. SCHRADER, Respondent, v. ROBERT RAYMOND et al., as Administrators with the Will Annexed of MINNIE R. WEIGLE, Deceased, Appellants.— As plaintiff may amend to state a cause of action against the defendants individually the order, so far as appealed from, is unanimously affirmed, with $20 costs and disbursements to the respondent, leaving the capacity in which the defendants may be proved to be liable to be determined at the trial. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

MARTIN LICHT et al., Appellants-Respondents, v. SEYMOUR NEBENZAL, Respondent-Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See 275 App. Div. 652.]

MARTIN LICHT et al., Appellants-Respondents, v. SEYMOUR NEBENZAL, Respondent-Appellant.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

SAMUEL H. DRAISIN, Respondent, v. ANDREW PAOLILLO, Appellant.— Judgment unanimously modified so as to eliminate interest on the tax and, as so modified, affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

## (January 31, 1949.)

DONALD FLAMM, Respondent, *v.* EDWARD J. NOBLE, Appellant.

*Per Curiam.* The jury could find on the evidence that defendant designed the bringing of such psychological pressure to bear on plaintiff as to induce him, against his will, to sell radio station WMCA to defendant at defendant's price, and that defendant carefully selected the tools whereby the design was successfully executed, all amounting to duress upon plaintiff. On the other hand, the jury might have found that the radio station was on the market, that the price defendant paid was fair and one at which plaintiff was willing to sell, and that